UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60091-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

v.

BYRON S. McCORMICK,

        Defendant.

_____/

## FACTUAL PROFFER

The United States of America and **BYRON S. McCORMICK** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

On or about January 19, 2017, a law enforcement officer acting in an undercover capacity (the "UCE") posted an advertisement on public messaging board. The advertisement used language that is commonly associated with individuals seeking children for sexual purposes. The advertisement listed a texting application with a user name for the UCE so that individuals could contact the UCE.

On January 27, 2017, the UCE began texting with an individual using the name dauggystyle. Dauggystyle texted that he lived in Pompano Beach and

1

the UCE responded that he resided in Sunrise, Florida. They discussed the UCE having a daughter that was 10 years of age. The UCE told Dauggystyle that he had been sexually active with his daughter since she was 2 years of age. Results from an administrative subpoena sent to the texting application company for username "dauggystyle" revealed the account was assigned to the registered owner of the email address dauggystyle@gmail.com. Based on open-source information, law enforcement was able to identify the user as BYRON S. MCCORMICK.

From January 27, 2017 to March 21, 2017, MCCORMICK and the UCE engaged in over 700 chat communications. During those communications, MCCORMICK expressed his interest in meeting and having sexual relations with the UCE's 10-year-old daughter. MCCORMICK indicated that he would be willing to pay to have sexual relations with the UCE's daughter. The UCE and MCCORMICK eventually agreed that MCCORMICK would pay $100 to have sexual relations with the 10-year-old.

On January 28, 2017, MCCORMICK asked the UCE if he would produce a sexually explicit video with his daughter. MCCORMICK asked the UCE to include something showing the date so he would know it was recent. MCCORMICK specified exactly the sexual activity he wanted the 10-year-old to engage in and indicated that he would be willing to pay for such a video.

Several times, during their communication, the UCE portrayed being the 10-year-old in the texting application. MCCORMICK texted with the 10-year-

old and asked her if she would be willing to engage in various types of sex acts with him. MCCORMICK also sent the 10-year-old several photographs of his erect penis.

On or about March 9, 2017, MCCORMICK agreed that they would meet for the sexual encounter with the child on an upcoming Tuesday. On March 20, 2017, MCCORMICK and UCE agreed to meet in Davie, Florida on March 21, 2017 at about 8:00 p.m. MCCORMCK texted the UCE that he would bring the $100. They agreed they would meet in a restaurant initially to exchange the money and then go to a hotel for the sexual encounter.

On March 21, 2017, at about 8:15 p.m. MCCORMICK arrived at the designated location in Davie, Florida and made contact with the UCE in the restaurant. MCCORMICK gave the UCE $40 while in the restaurant and then asked the UCE to accompany him to his car to get the remainder of the $100. As MCCORMICK came out of the restaurant, he was approached by law enforcement and was asked if would be willing to speak with law enforcement and he agreed. MCCORMICK provided that his name was BYRON MCCORMICK and that his KIK user name was dauggystyle. At that point, MCCORMICK was advised of his Miranda warnings. MCCORMICK invoked his rights and asked to speak to an attorney.

The foregoing events occurred in Broward County, in the Southern District of Florida. This factual proffer is not intended as a complete recitation

of the Defendant's activities in this case. It is submitted solely to provide a factual basis for the Defendant's guilty plea.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 5/ 2017     By: _____ (For)
                      M. CATHERINE KOONTZ
                      SPECIAL ASSISTANT UNITED STATES ATTY

Date: 5/8/17      By: _____
                      CHANTEL DOAKES
                      ATTORNEY FOR BYRON S. McCORMICK

Date: 5/8/17      By: _____
                      BYRON S. McCORMICK
                      DEFENDANT

4