

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**CASE NO. 17-60091-CR-DIMITRIOULEAS**

**UNITED STATES OF AMERICA,**

**v.**

**BYRON S. MCCORMICK,**

**Defendant.**

_____ /

## EMERGENCY MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C.§3582 DUE TO COVID-19 PANDEMIC

### INTRODUCTION

While confined to my cell for nearly 24 hours a day since March, I submitted a request for home confinement through my case manager on May 11th. On May 12th his reply states I wasn't yet eligible with only 31.4% time completed and any compassionate release filing must include any medical conditions. May 18th my request was filed stating my condition of chronic asthma. A Chronic Obstructive Pulmonary Disorder, asthma is defined as a comorbidity with COVID-19 by the Center for Disease Control (CDC). Over 95 days later, I have not yet received a reply from the Warden. I cannot wait any longer, risking infection, incapacitation and death. Therefore, I come to this court with an Emergency Motion for Compassionate Release, due to the extraordinary and compelling COVID-19 Pandemic and its comorbidity with my asthma, pursuant to 18 U.S.C.§3582. I do so with sincere gratitude for its time and effort in considering the emergency motion.

## ARGUMENT

**I.      EXTRAORDINARY AND COMPELLING CIRCUMSTANCE: THE COVID-19 PANDEMIC**

COVID-19 has touched over 5,000,000 in the United States; 160,000 of these lies were cut short, often dying alone, separated from their families and loved ones even in their final moments because of COVID-19's highly contagious and deadly nature. The CDC confirms this respiratory disease is deadlier when combined with asthma, a chronic pulmonary disorder I have had for decades. There is no cure, there is no vaccine; neither for COVID-19 nor Asthma. There are only measures to be taken to mitigate its spread: disinfect surfaces, washing hands and face, wearing a mask in public, maintaining distances of 6 feet between persons and using contact tracing when cases are identified. In prison, social distancing is impossible and in this prison contact tracing is simply not done. Inmate units share 6 phones, 6 computers and 8 shower stalls among 150 people. Air is recirculated through all cells, common areas and leisure areas. Each cell warehouses 2 or 3 human beings at a time in spaces as small as 12 ft long by 6 feet wide. While families shelter in place in separate rooms, prisons are designed to stack prisoners on top of each other in bunk-beds with thin paddings, not a mattress.

In a social-crowding environment like this, without removing vulnerable and non violent inmates to home confinement or compassionately releasing them through a reduction in sentence, F.C.I. Miami can only implement what might be termed 'para-solitary confinement'. Cellmates are locked in their cells nearly 24 hours a day, hoping it will prevent further spread of COVID-19 among inmates and officers. With the Bureau of Prisons reporting 129 cases and 1

death, it is clear that the strategy has failed, at least for one man's family; a failure that is permanent.

## II.   COVID-19 PANDEMIC HITS F.C.I. MIAMI

Early on in this para-solitary confinement, I suffered two anxiety attacks when almost on cue, the lockdown was relaxed on May 18th allowing 3 hours out-cell time daily. My HVAC Classes, however, were suspended and my air conditioning crew was laid off also ending my apprenticeship classes.

An opportunity to replace HVAC re-entry skills with those of my Quality Improvement certified skills at UNICOR also allowed me further escape from the psychological torture of lockdown, so I re-applied. Thankfully I was rehired just after June 17th, when 2 staff tested positive. Two weeks later the first inmate tested positive; 3 were cellmates in my unit. One worked at UNICOR, subsequently shifting it down. Had I jumped from the frying pan into the fire?

Today as I am writing this, the BOP reports 129 cases and 1 death at F.C.I. Miami; 99 are inmates and the man who died was from my unit. With a lack of tests, no real contact tracing and symptomatic inmates refusing to report, the number is likely higher. It is easy to go undetected when only temperatures are checked. While F.C.I. Miami only evacuates a cell when a fever is detected, asymptomatic and non-fever inmates are left behind to potentially infect others who remain, including the vulnerable. The potential is increased with poor ventilation, shared by 1st and 2nd floorcells. Using the same roof-vent fan. Many do not work; I know because I worked on the AC Team sent to replace them and not all were.

After nearly 6 months, at 50 years old, I am locked in my cell, with an elderly cellmate having several comorbidities, for nearly 24 hours a day, 5 days a week. I get 15 minutes out-cell; 2 of those days to call my wife (I'm not allowed email) and usually while she works, so we talk for 5 minutes at most. Maybe the next 5 minute call will be my last. Weekends are best to call her, but then we are locked-in for about 72 hours. Is this now my sentence? Para-solitary confinement, extended ad nauseum, no fresh air, constant exposure to symptomatic and asymptomatic alike in a structure with leaks and mold contributing to a 'sick building'?

If the lockdown is lifted, it will surely be reinstated when cases resurface as Florida records approximately 10,000 cases daily or especially as predicted when flu season begins. Isn't it cruel and unusual to subject me to ineffective "rolling" lockdowns, constant fear and anxiety over contracting COVID-19, and actually dying from it? On August 1st, three inmate orderlies who hand out food, ice and water to all unit inmates tested positive and were quarantined. No other tests were done, no temperatures have been checked.

Instead of a de facto Russian Roulette type death sentence, a suitable human alternative exists. Compassionate Release through a Reduction In Sentence to time served.

## III.    MY SAFETY PLAN

When released to live with my common law wife, I'll self quarantine an additional 14 days. There will be access to soap and hand sanitizer. We can both cook reducing exposure to symptomatics and asymptomatics alike, unlike prison. Even limited walks and opening windows will readily provide fresh air. Most importantly, I can adhere to true social distancing when others want by simply removing myself to a distance greater than 6 feet. As has been shown, social distancing is impossible in prison: meal distribution, mail distribution, air infiltration (as

opposed to controlled ventilation), structural disrepair (bordering on a 'sick building'), and shared resources are all potential 'points-of-contact' for COVID-19.

## IV.     A WORKING RELEASE PLAN

Most employers provide PPE and enforce social distancing in order to continue operating. My quarantining need not stop my search for employment in HVAC or Quality Improvement, and once employed I can contribute to major bills like rent and car payments right away. I can maintain my own health care for my asthma and address dental needs deliberately neglected by the BOP using a national wait list instead of a list based on need. I can then continue my HVAC classes and build experience into an entrepreneur, supporting my family and myself as they support me morally and with encouragement.

## V.     LIVING IN FEAR AND DANGER

When I arrived at F.C.I. Miami, I put my time to good use at every opportunity and refused to 'hide'. As a bassist/vocalist I joined 3 different bands, at one point 2 simultaneously. While working for UNICOR for 14 months, I enrolled in classes for American Society for Quality Improvement Associate and was certified. Soon after, an opportunity for a great re-entry skill set appeared and I left UNICOR for the Air Conditioning Maintenance Crew, enrolling also in both National Association of Home Builders Apprenticeship and NCCER's instructor-led HVAC Certification. I also accepted an opportunity to perform scene music in the band of F.C.I. Miami's first inmate-written and directed play. All these activities built skills and provided new experiences, kept me out of trouble, minimized my "Pattern" Score and kept my spirits up. They were all cut short by COVID-19. Will it cut my life short too?

F.C.I. Miami has few tools to prevent entry and mitigate the spread of COVID-19; these are constrained by prisons designed for mass-incarceration. "Nose-wire" masks were given out late; UNICOR fabricated masks don't seal around the nose and mouth, leading inmates to make their own. Soap and hand sanitizer is only available if bought, not distributed (contrary to BOP public statements). Cell sanitizing kits haven't been provided either. F.C.I. Miami did suspend visitations immediately; an additional stressor when I can only use the phone often when my wife works, struggling to make ends meet. F.C.I. Miami employed para-solitary confinement rather than remove vulnerable, non-violent prisoners through home confinement or compassionate release. During this phase, 99 inmates were infected; yet Attorney Jeremy Gordon reported the population increasing, which balanced out scheduled releases instead of reducing inmate numbers during this para-solitary confinement. I define it as nearly 24 hours of daily confinement of 2 to 3 inmates in a cell approximately 2 feet long by 6 feet wide; dimensions reduced when inmate lockers, a table, a fixed bunk bed, a sink and an open bay toilet are accounted for. Poor ventilation is intensified with non-working roof-vent fans and the only window has decayed, water-compromised sealing.

## CONCLUSION

Even if F.C.I. Miami were to distribute soap and hand sanitizer, cell sanitizing kits, viable masks and implement actual contact tracing, the only real tool it has to protect vulnerable inmates, the elderly, the daibetic, those with cardiac issues, those with hypertension, those who are immuno-compromised and those with chronic obstructive pulmonary disorders wich as asthma, which I've had for decades, is to use para-solitary confinement, which is not as effective as true social distancing. Especially when asymptomatic share the same re-circulated air with

150 people, who also share use of 6 phones, 5 of 6 computers (one damaged and not replaced) and 8 shower stalls; perhaps they distribute food, mail and commissary. Maybe they just check on inmates by peering into cells and touching doors.

In an article posted July 9th by local station NBC6's website, a representative for correction officers, Union Local 3690's President, Kareen Troitino expressed grave concern over the outbreak at that time stating:

> "Yesterday we discovered in one area that held 60 inmates over 22 tested positive and that's only after testing 28", he said. "We don't know there this is going to lead but it looks catastrophic at the moment."

Mr. Troitino's concern for catastrophe seemed justified since by July 21st cases skyrocketed to 97 inmates and 23 staff.

These concerns did not seem to be shared by the Bureau of Prisons however. In an email quoted by the same NBC6 article, Warden Sylvester Jenkins said that although the institution was in a 21 day lockdown to mitigate the virus' spread:

> ...our staff levels are dropping as exposures increase and officer's can't work. We could be looking at a collapse in our system if we don't see some form of assistance [sic]

Apparently the week of July 26th, the concerns of Warden Jenkins and Union 3690 President Troitino were sidelined. New inmates were seen, some escorted to quarantine and some taken directly to assigned units. Since then, the BOP reports, as of August 5th, that there are 100 inmates and 29 staff (I would later learn of the death of an inmate from my unit). These observations strongly suggest that not only are current measures, and inmate behaviors, at F.C.I. Miami unable to prevent the spread of COVID-19 among current inmates, but the BOP's

continued introduction of new, possibly asymptomatic inmates magnifies the risk of infecting the entire compound tremendously; even if para-solitary confinement is employed indefinitely.

The Bureau of Prisons lack of concern, coupled with structural deficiencies and inherent inability to social distance, and the ineffective policy of para-solitary confinement failed to prevent the outbreak at F.C.I. Miami, while the pandemic rages through Florida. Only four years remain in my sentence, but my risk of exposure to COVID-19 and death are steadily increased as my incarceration is turned into para-solitary confinement instead of home confinement or compassionate release.

Therefore, I come to this court requesting compassionate release pursuant to 18 U.S.C.§3582, after waiting well beyond the 30 day limit for response from the Warden's Office and humbly asking for approval, in light of the current COVID-19 pandemic and its increased rate of mortality when combined with my chronic obstructive pulmonary disease - asthma.

Included are the following exhibits:

Exhibit 1 - Release Contact Information for family members

Exhibit 2 - Medical Records citing my asthma

Exhibit 3 - Four inmate reentry plans (lean sheets), two of which were completed with my case manager and two completed with my previous case manager

Exhibit 4 - Original Certifications for NCCER Core, NCCER HVAC 1

---

I am aware there are cases where Compassionate Release has been granted under similar circumstances, but unfortunately I cannot get out of my room to find them.

Sincerely Grateful,

Byron S. McCormick

# EXHIBIT 1

**Release Contact Information**

| Full Name | Relationship | Phone Number |
|---|---|---|
| Lucidalva Melo | Wife (Common Law) | (561) 777-6004<br>(786) 361-6029 |
| Elizabeth Gates Sanders | Mother | (561) 573-9583 |

# EXHIBIT 2

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

BP-S148.055 INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Tyson, Case Manager | 5/11/2020 |
| FROM: | REGISTER NO.: |
| Dymo McCormick | 15847-104 |
| WORK ASSIGNMENT: | UNIT: |
| HVAC/R : AC-Group (Mr. Butcher, Supv.) | Biscayne |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good evening Mr. Tyson

I'm kindly asking that I be considered for Home Confinement Compassionate release, if you have not already done so. Obviously, you must be extremely busy fielding these requests, so I thank you in advance for taking the time to my read/eval. As my history here shows I do have asthma, a known co-morbidity of Covid 19. Please also consider I have worked hard to correct myself by not incurring any infractions, being employed (Unicor 1 Year/HVAC currently employed) and continuing education by obtaining ASg's Quality/Assurance Certification, NCCER's Core and HVAC 1 Certification as well as Residential Construction Academy's Year 1 Apprenticeship. Some time this Summer I round out my education with current enrollment in Hvac 2 (NCCER) and RCA's Year 2 Apprenticeship.

(over please)

(Do not write below this line)

DISPOSITION:

If you wish to Apply for Compassionate Release you need to submit request listing all medical conditions that you be currently have.

| Signature Staff Member | Date |
|---|---|
|  | 5/12/20 |

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)        and BP-S148.070 APR 94

I can easily Complete these when on Home Confinement as an apprentice; with nearly 2000 hrs on the Compound A/C Team I have recorded experience in deploying systems from 15 to 50 tons, including maintenance making me an attractive Candidate for my AC shop in society.

If you have already started the process, again, I thank you. Mr. Elliots departure when I sent my first request for review lead me to think I should at least restate it.

Thank you again for your Time

Sincerely

Byron Shepard Melervick

15847-107

BisCayne Unit

5/11/2020

DATE REVIEWED: _12/9/19_

INSTITUTION: MIA                  UNIT: B

INMATE NAME: MCCORMICK, BYRON     REG NO: 15847-104

FIRST STEP ACT (Circle One):     (ELIGIBLE)  /  INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):   (MINIMUM   LOW)  MEDIUM   HIGH

You have served only 31.4% of your sentence must be 50% or greater. Not eligible at this time.

5/12/20

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M    Race:  BLACK | Facility: | MIM |
| Encounter Date: | 06/06/2017 08:37 | Provider: | Archer, Kendes MD | Unit: | G03 |

## Skin:

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

## Lymphatics:

**Adenopathy:** No

**Comments:**

## Potential Items For Follow-up:

<u>Item</u>

Respiratory History

Tattoos

Other Infectious Disease History

Substance Abuse History

Eye Glasses

Tobacco History

PPD Administration Not Performed


**Cleared For Food Services:** Yes

**Health Problems Newly Identified During This Encounter:**
  <u>Health Problem</u>

**Renew Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| 127723-MIM | Albuterol Inhaler HFA (6.7 GM) 90mcg | 06/06/2017 08:37 | shake well & Inhale 2 puffs by mouth every six hours AS NEEDED PRN x 365 day(s) |

**Indication:** Asthma


Instructed inmate how to obtain medical, dental, and mental health care.

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIM |
| Encounter Date: | 06/06/2017 08:37 | Provider: | Archer, Kendes MD | Unit: | G03 |

**Reflexes:**

|  | **Right** | **Left** |
|---|---|---|
| **Biceps:** | 2/4 | 2/4 |
| **Patellar:** | 2/4 | 2/4 |
| **Brachioradialis:** | 2/4 | 2/4 |
| **Achilles:** | 2/4 | 2/4 |

**Sensation:**

   **Vibratory:** Yes

   **Light Touch:** Yes

   **Pin Prick:** Yes

**Comments:**

**GU:**

  **Chaperoned By:**

**Rectum:**

  **Ostomy:** No

  **Normal Tone:** Yes

  **Masses:** No

  **Hemorrhoids:** No

  **Stool Hemoccult:**

  **Prostate Normal Size:** Yes

  **Prostate Nodules:** No

  **Comments:**

**Male Genitalia:**

  **Penis:**

   **Circumcised:** Yes

   **Lesions:** No

   **Discharge:** No

  **Testicles:**

   **Masses:** No

   **Hernias:** No

   **Size:** Normal Size

    **Atrophy Location:**

  **Varicocele/Spermatocele:**

  **Comments:**

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIM |
| Encounter Date: | 06/06/2017 12:15 | Provider: | Archer, Kendes MD | Unit: | G03 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 12 | Archer, Kendes MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 100/64 | Right Arm | Sitting | Adult-regular | Archer, Kendes MD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 450 | 475 | 480 | Fair | Without | Archer, Kendes MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 100 | Room Air | Archer, Kendes MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 69.0 | 175.3 | Archer, Kendes MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 170.0 | 77.1 | | Archer, Kendes MD |

**Exam:**
> Pulmonary
>> Auscultation
>>> Yes: Clear to Auscultation
>>> No: Crackles, Rhonchi, Wheezing
> Cardiovascular
>> Auscultation
>>> Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
>>> No: M/R/G

**ASSESSMENT:**

Asthma, J45909 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 127723-MIM | Albuterol Inhaler HFA (6.7 GM) 90mcg | 06/06/2017 12:15 | shake well & Inhale 2 puffs by mouth every six hours AS NEEDED PRN x 365 day(s) |

Indication: Asthma

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 06/08/2017 | Routine |

Specific reason(s) for request (Complaints and findings):
baseline cxr for history of asthma

**Schedule:**

| Activity | | Date Scheduled | Scheduled Provider |
|---|---|---|---|

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIM |
| Encounter Date: | 06/06/2017 12:15 | Provider: | Archer, Kendes MD | Unit: | G03 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chronic Care Visit | 06/06/2018 00:00 | Physician 03 |
| ccc | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

1. Asthma- well controlled on current medication regimen, awaiting chest x-ray and labs.

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 06/06/2017 | Counseling | Access to Care | Archer, Kendes | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Archer, Kendes MD on 06/06/2017 13:11

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MCCORMICK, BYRON S | | Reg #: 15847-104 |
| Date of Birth: 10/13/1970 | Sex: M  Race: BLACK | Facility: MIM |
| Encounter Date: 06/06/2017 12:15 | Provider: Archer, Kendes MD | Unit: G03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Archer, Kendes MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** Inmate is a 46 year old black male with a past medical history significant for Asthma. Most recent PPD(5/20/17)=0mm. Inmate reports prior to incarceration, he was not regularly being followed by a physician for his chronic medical issues. On this clinic visit, inmate has no acute complaints and reports being compliant with current medication regimen and denies any adverse reaction. He attends to ADLs, and tolerating a regular diet. Inmate currently, denies chest pain, nausea, vomiting constipation, diarrhea, blurred vision, headaches, suicidal and homicidal ideation, hallucination, denies motor and sensory deficit at this time and all other symptoms.

Inmate was counseled regarding nutrition and to pick heart healthy items out of the main line, to maintain a routine exercise regimen, He was encouraged to avoid substance abuse, drugs and alcohol. He received counseling regarding infectious disease risk such as having sex while in prison and/or receiving in-house tattoos.

Past Surgical History: None
Mental Health History: None
Allergies: NKDA
Labs(pending):
CXR(pending):
ECG(pending):
Other Diagnostic studies(): None

**Pain:** No

**Seen for clinic(s):** Pulmonary/Respiratory

**ROS:**

**Cardiovascular**
**General**
No: Angina, Cold Extremities, Cough, Cyanosis, Edema

**Pulmonary**
**Respiratory System**
No: Cough - Dry, Cough - Productive, Cough - Productive of thick green or brown mucus, DOE, Dyspnea

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 98.1 | 36.7 | Oral | Archer, Kendes MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 72 | Via Machine | Regular | Archer, Kendes MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M        Race: BLACK | Facility: | MIM |
| Note Date: | 06/14/2017 11:13 | Provider: | Archer, Kendes MD | Unit: | G03 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Archer, Kendes MD
> Lab studies(6/2/17) reviewed, grossly unremarkable, no acute intervention  at this time,  follow-up in clinic as
> scheduled.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Archer, Kendes MD on 06/14/2017 11:14

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M   Race: BLACK | Facility: | MIM |
| Note Date: | 05/19/2017 07:39 | Provider: | Howard, Charles MD/CD | Unit: | G03 |

Cosign Note - Intake Cosign encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Howard, Charles MD/CD
    CAre 1 added to Pulmonary CCC

**Added to clinic(s):** Pulmonary/Respiratory

**ASSESSMENTS:**

 Asthma, J45909 - Current

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 06/19/2017 00:00 | Physician 01 |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No


Completed by Howard, Charles MD/CD on 05/19/2017 07:41

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/18/2017 18:01 | Provider: | Perez-Mendoza, Xiomara | Facility: | MIM |

**Seizures:**                Denied

**Diabetes:**                Denied

**Cardiovascular:**          Denied

**CVA:**                     Denied

**Hypertension:**            Denied

**Respiratory:**

    **Age of Onset:**         Adult (18-30 Years)

    **Hx of Asthma:**         Yes

    **Hx of Emphysema:**      No

    **Hx of COPD:**           No

    **Comments:** albuterol

**Sickle Cell Anemia:**      Denied

**Carcinoma/Lymphoma:**      Denied

    **Comments:**

**Allergies:**               Denied

**PPD Administration:**

    **Date/Time:** 05/18/2017 18:01

    **Provider:** Perez-Mendoza, Xiomara

    **Location:** Left Forearm

    **Drug Mfg:** Sanofi Pasteur

    **Lot Number:** c5038aa

    **Dosage:** 0.1mL

    **Route:** ID

    **Exp Dt:** 11/2018

    **Comments:**

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/18/2017 18:01 | Provider: | Perez-Mendoza, Xiomara | Facility: | MIM |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/18/2017 | 18:03 MIM | 98.5 | 36.9 | | Perez-Mendoza, Xiomara RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/18/2017 | 18:03 MIM | 74 | | | Perez-Mendoza, Xiomara RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/18/2017 | 18:03 MIM | 14 | Perez-Mendoza, Xiomara RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/18/2017 | 18:03 MIM | 103/71 | | | | Perez-Mendoza, Xiomara RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/18/2017 | 18:03 MIM | 98 | | Perez-Mendoza, Xiomara RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/18/2017 | 18:03 MIM | 170.0 | 77.1 | | Perez-Mendoza, Xiomara RN |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Eye Glasses | Personal |

**Comments:**

**Potential Items For Follow-up:**

Item

Respiratory History

Tattoos

Other Infectious Disease History

Substance Abuse History

Current Medical Conditions

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/18/2017 18:01 | Provider: | Perez-Mendoza, Xiomara | Facility: | MIM |

<u>Item</u>

Eye Glasses

**Health Problems Newly Identified During This Encounter:**
  <u>Health Problem</u>

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| | Albuterol Inhaler HFA | 05/18/2017 18:01 | 2 puffs Orally  every 6 hours PRN x 30 day(s) |

**Reconciled Medications:**

| <u>Source</u> | <u>Action</u> | <u>Type</u> | <u>Rx#</u> | <u>Medication</u> | <u>Order Detail</u> |
|---|---|---|---|---|---|
| Non-BOP Correction al Facility | Continue | Rx | Order | Albuterol Inhaler HFA | 2 puffs every4-6 hrs as needed |
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests-H-Hep C Ab | One Time | 05/25/2017 00:00 | Routine |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-R-RPR | | | |

**Devices and Equipment Issued:**

| <u>Device/Equipment</u> | <u>Start Date</u> | <u>Stop Date</u> | <u>Obtained From</u> |
|---|---|---|---|
| Eye Glasses | 05/18/1976 | | Personal |

**Schedule:**

| <u>Activity</u> | <u>Date Scheduled</u> | <u>Scheduled Provider</u> |
|---|---|---|
| PPD Reading | 05/20/2017 00:00 | Nurse |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes   **By:**  Howard, Charles MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Perez-Mendoza, Xiomara RN on 05/18/2017 18:08
Requested to be cosigned by  Howard, Charles MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/21/2017 16:09 | Provider: | Fuller, Michele PA-C | Facility: | MIM |

**Seizures:**                     Denied

**Diabetes:**                     Denied

**Cardiovascular:**               Denied

**CVA:**                          Denied

**Hypertension:**                 Denied

**Respiratory:**

    **Age of Onset:**        Adult (18-30 Years)

    **Hx of Asthma:**        Yes

    **Hx of Emphysema:**     No

    **Hx of COPD:**          No

    **Comments:** albuterol

**Sickle Cell Anemia:**           Denied

**Carcinoma/Lymphoma:**           Denied

    **Comments:**

**Allergies:**                    Denied

**PPD Administration:**

    **Date/Time:** 07/21/2017 16:08

    **Provider:** Fuller, Michele PA-C

    **Location:** Left Forearm

    **Drug Mfg:** Sanofi Pasteur

    **Lot Number:** C5038AA

    **Dosage:** 0.1mL

    **Route:** ID

    **Exp Dt:** 11/2018

    **Comments:**

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/10/2017 17:10 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned with New Encounter Note by Chipi, Martha MD on 08/11/2017 12:42.**

# Bureau of Prisons
## Health Services
### Inmate Intra-system Transfer

**Reg #:** 15847-104     **Inmate Name:** MCCORMICK, BYRON S

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Transfer To:** FCI MIAMI     Transfer Date: 08/10/2017

**Health Problems**

| Health Problem | Status |
|---|---|
| Asthma | Current |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

   **Albuterol Inhaler HFA (6.7 GM) 90mcg Exp: 06/06/2018 SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)**

**OTCs:** Listing of all known OTCs this inmate is currently taking.
   None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/06/2018 | 00:00 | Chronic Care Visit | Physician 03 |
| 07/25/2018 | 00:00 | PPD Administration | Nurse |

**TB Clearance:** Yes

Last PPD Date: 07/25/2017     Induration: 0mm
Last Chest X-Ray Date:     Results:
TB Treatment:     Sx free for 30 days: Yes
TB Follow-up Recommended: No

**Sickle Cell:**
   Sickle Cell Trait/Disease:    No

**Limitations/Restrictions/Diets:**
   Cleared for Food Service: Yes

**Comments:**

**Allergies**
   No Known Allergies

**Devices / Equipment**
   Eye Glasses

**Travel:**
   Direct Travel: Yes
Travel Restrictions: None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:** MIAMI FDC     Phone Number: 3055770010
Address 1: 33 NE 4TH STREET
Address 2:
City/State/Zip: MIAMI, Florida 33132

Name/Title of Person Completing Form: Pangilinan, P. MLP     Date: 08/08/2017

Inmate Name: MCCORMICK, BYRON S     Reg #: 15847-104     DOB: 10/13/1970     Sex: M

## Bureau of Prisons
## Health Services
## Allergies

Reg #:  15847-104                          Inmate Name:  MCCORMICK, BYRON S

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 05/18/2017 | |

    **Orig Entered:**   05/18/2017 18:02 EST   Perez-Mendoza, Xiomara RN

**Total:**  1

# Bureau of Prisons
# Health Services
# Inmate Court

| Reg #:  15847-104 | Inmate Name:  MCCORMICK, BYRON S |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To:  FTL                                     Transfer Date:  07/13/2017

**Health Problems**

| Health Problem | Status |
|---|---|
| Asthma | Current |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Albuterol Inhaler HFA (6.7 GM) 90mcg  Exp: 06/06/2018  SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)

**OTCs:  Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 05/20/2018 | 00:00 | PPD Administration | Nurse |
| 06/06/2018 | 00:00 | Chronic Care Visit | Physician 03 |

**TB Clearance:  Yes**

| | | | |
|---|---|---|---|
| Last PPD Date:  05/20/2017 | | Induration:  0mm | |
| Last Chest X-Ray Date: | | Results: | |
| TB Treatment: | | Sx free for 30 days:  Yes | |
| TB Follow-up Recommended:  No | | | |

**Sickle Cell:**
Sickle Cell Trait/Disease:    No

**Limitations/Restrictions/Diets:**
Cleared for Food Service: Yes

**Comments:**

**Allergies**
No Known Allergies

**Devices / Equipment**
Eye Glasses

**Travel:**
Direct Travel:  Yes
Travel Restrictions:  None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

Transfer From Institution:  MIAMI FDC                    Phone Number: 3055770010
            Address 1:  33 NE 4TH STREET
            Address 2:
            City/State/Zip:  MIAMI, Florida 33132

Name/Title of Person Completing Form: Fuller, Michele PA-C                    Date:   07/13/2017

Inmate Name:  MCCORMICK, BYRON S          Reg #:   15847-104   DOB:   10/13/1970   Sex:    M

Generated 07/13/2017 06:48 by Fuller, Michele PA-C          Bureau of Prisons - MIM          Page 1 of  1

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 07/21/2017 16:09 | Provider: | Fuller, Michele PA-C | | Facility: | MIM |

**Cosigned by Howard, Charles MD/CD on 07/26/2017 06:55.**

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MCCORMICK, BYRON S | | | Reg #: 15847-104 |
| Date of Birth: 10/13/1970 | Sex: M  Race: BLACK | | Facility: MIA |
| Encounter Date: 07/21/2018 12:05 | Provider: Funtieo, L. RN | | Unit: B01 |

Nursing - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**  **Provider:** Funtieo, L. RN

**Chief Complaint:** Medication Refill

**Subjective:** Patient requesting medication refill.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 98.1 | 36.7 | | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 68 | | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 16 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 129/79 | | | | Funtieo, L. RN |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Patient requesting medication refill.
Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/21/2018 | Counseling | Access to Care | Funtieo, L. | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| Inmate Name: MCCORMICK, BYRON S | | Reg #: | 15847-104 |
| Date of Birth: 10/13/1970 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: 07/21/2018 12:05 | Provider: Funtieo, L. RN | Unit: | B01 |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Funtieo, L. RN on 07/21/2018 12:07

Requested to be cosigned by  Chipi, Martha MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MCCORMICK, BYRON S | | | Reg #: 15847-104 |
| Date of Birth: 10/13/1970 | Sex: M | Race: BLACK | Facility: MIA |
| Encounter Date: 07/23/2018 07:37 | Provider: Chipi, Martha MD | | Unit: B01 |

Cosign Note - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1      Provider:** Chipi, Martha MD
   **Chief Complaint:** Medication Refill
   **Subjective:**   Patient requesting medication refill.
   **Pain:**        Not Applicable

**OBJECTIVE:**
**Temperature:**

| <u>Date</u> | <u>Time</u> | <u>Fahrenheit</u> | <u>Celsius</u> | <u>Location</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 98.1 | 36.7 | | Funtieo, L. RN |

**Pulse:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Location</u> | <u>Rhythm</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 68 | | | Funtieo, L. RN |

**Respirations:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Provider</u> |
|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 16 | Funtieo, L. RN |

**Blood Pressure:**

| <u>Date</u> | <u>Time</u> | <u>Value</u> | <u>Location</u> | <u>Position</u> | <u>Cuff Size</u> | <u>Provider</u> |
|---|---|---|---|---|---|---|
| 07/21/2018 | 12:05 MIA | 129/79 | | | | Funtieo, L. RN |

   <u>Comments</u>
   PCPT 1.-

**ASSESSMENT:**

 Asthma, J45909 - Current

**PLAN:**

**Renew Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| 119265-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 07/23/2018 07:37 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 208 day(s) |

              **Indication:** Asthma

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 07/23/2018 07:37 | Provider: | Chipi, Martha MD | Unit: | B01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/23/2018 | Not Done | | Chipi, Martha | No Participation |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 07/23/2018 07:39

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/17/2019 13:11 | Provider: Chipi, Martha MD | Unit: | B01 |

Cosign Note - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Chipi, Martha MD

**Chief Complaint:** Medication Refill
**Subjective:**   Pt. came to sick call requesting medication renewal.
**Pain:**      Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/16/2019 | 14:03 MIA | 98.2 | 36.8 | | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/16/2019 | 14:03 MIA | 64 | | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/16/2019 | 14:03 MIA | 16 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/16/2019 | 14:03 MIA | 119/72 | | | | Funtieo, L. RN |

**ASSESSMENT:**

Asthma, J45909 - Current

**PLAN:**
**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 123920-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 04/17/2019 13:11 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s) |
| | Indication: Asthma | | |
| 123921-MIA | Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses) | 04/17/2019 13:11 | activate & Inhale 2 puffs by mouth at bedtime rinse mouth after use x 365 day(s) |
| | Indication: Asthma | | |

**Disposition:**

Follow-up at Sick Call as Needed

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: M | Race: BLACK | Facility: MIA |
| Encounter Date: | 07/01/2019 09:20 | Provider: | Chipi, Martha MD | Unit: B01 |

Physician - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Chipi, Martha MD

**Chief Complaint:** Medication Refill

**Subjective:**   Patient requesting meds refill thru Sick-Call. Awaiting CCC.

**Pain:**        Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Asthma, J45909 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 129418-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 07/01/2019 09:20 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s) |
| | **Indication:** Asthma | | |
| 129419-MIA | Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses) | 07/01/2019 09:20 | activate & Inhale 2 puffs by mouth at bedtime rinse mouth after use x 365 day(s) |
| | **Indication:** Asthma | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/01/2019 | Not Done | | Chipi, Martha | No Participation |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Chipi, Martha MD on 07/01/2019 09:23

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MCCORMICK, BYRON S | | | Reg #: 15847-104 |
| Date of Birth: 10/13/1970 | Sex: M | Race: BLACK | Facility: MIA |
| Encounter Date: 07/12/2019 09:17 | Provider: Chipi, Martha MD | | Unit: B01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Chipi, Martha MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** Hx of Asthma, using acute rescue inhalers PRN. 48 year old male for follow-up CCC. Offers no complaints at this time; denies recent illness, chest pain, palpitations, shortness of breath, cough, dizziness, weakness, unwanted weight loss, no night sweats, no change in bowel or bladder habits, appetite good, sleeping well. States good compliance with meds as Rx'd.

**Pain:** No

**Seen for clinic(s):** Pulmonary/Respiratory

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness, Weight Gain

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/12/2019 | 09:19 MIA | 64 | | | Chipi, Martha MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/12/2019 | 09:19 MIA | 14 | Chipi, Martha MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/12/2019 | 09:19 MIA | 111/73 | | | | Chipi, Martha MD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 07/12/2019 | 09:19 MIA | 475 | | | | Without | Chipi, Martha MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/12/2019 | 09:19 MIA | 100 | | Chipi, Martha MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/12/2019 | 09:19 MIA | 193.0 | 87.5 | | Chipi, Martha MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 07/12/2019 09:17 | Provider: | Chipi, Martha MD | Unit: | B01 |

**Exam:**
**Pulmonary**
    **Auscultation**
        Yes: Clear to Auscultation
  **Cardiovascular**
    **Auscultation**
        Yes: Regular Rate and Rhythm (RRR)
        No: M/R/G
  **Peripheral Vascular**
    **General**
        No: Pitting Edema

**ASSESSMENT:**

  Asthma, J45909 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 131270-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 07/12/2019 09:17 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s) |
| | Indication: Asthma | | |
| 131272-MIA | Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses) | 07/12/2019 09:17 | activate & Inhale 2 puffs by mouth at bedtime rinse mouth after use x 365 day(s) |
| | Indication: Asthma | | |

**Disposition:**

  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/12/2019 | Counseling | Access to Care | Chipi, Martha | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 07/12/2019 13:59

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | Reg #: 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 08/13/2018 08:15 | Provider: Chipi, Martha MD | Unit: B01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Chipi, Martha MD

**Chief Complaint:** GENERAL

**Subjective:** 47 year old male for follow-up CCC, states that has been using acute rescue inhalers more often due to lack of air conditioning in the Unit. Denies recent illness, chest pain, shortness of breath, wheezing, cough, weight loss, night sweats, appetite good.

**Pain:** No

**Seen for clinic(s):** Pulmonary/Respiratory

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue, Fever, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/13/2018 | 08:15 MIA | 79 | Via Machine | | Chipi, Martha MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/13/2018 | 08:15 MIA | 14 | Chipi, Martha MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/13/2018 | 08:15 MIA | 116/59 | Left Arm | Sitting | Adult-regular | Chipi, Martha MD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 08/13/2018 | 08:15 MIA | 250 | 225 | | Good | Without | Chipi, Martha MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/13/2018 | 08:15 MIA | 97 | Room Air | Chipi, Martha MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/13/2018 | 08:15 MIA | 175.0 | 79.4 | | Chipi, Martha MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 08/13/2018 08:15 | Provider: | Chipi, Martha MD | Unit: | B01 |

## Exam:

**Auscultation**

Yes: Clear to Auscultation, Diminished Breath Sounds

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

No: M/R/G

**Peripheral Vascular**

**General**

No: Pitting Edema

## ASSESSMENT:

Asthma, J45909 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Mometasone Furoate 220 MCG/Inh | 08/13/2018 08:15 | 2 fuffs  Orally  at bedtime x 365 day(s) |

Indication: Asthma

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 123332-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 08/13/2018 08:15 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s) |

Indication: Asthma

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 10/10/2018 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 08/28/2018 | Routine |

Specific reason(s) for request (Complaints and findings):

Routine-- Asthma

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | Reg #: 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: M  Race: BLACK | Facility: MIA |
| Encounter Date: | 08/22/2017 10:17 | Provider: Alarcon, Inerio MD/CD | Unit: B01 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT  1         Provider:** Alarcon, Inerio MD/CD
   **Chief Complaint:** PULMONARY/RESPIRATORY
   **Subjective:** 46 year old inmate new arrival to FCI Miami with a history of controlled asthma, no complaints.
   **Pain:** No

**Seen for clinic(s):** Pulmonary/Respiratory

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 97.3 | 36.3 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 65 | | | Alarcon, Inerio MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 102/67 | | | | Alarcon, Inerio MD/CD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 08/22/2017 | 10:20 MIA | 700 | | | | Without | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 99 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 69.0 | 175.3 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/22/2017 | 10:16 MIA | 170.0 | 77.1 | | Alarcon, Inerio MD/CD |

**Exam:**
   **Pulmonary**
      **Auscultation**
         Yes: Clear to Auscultation
   **Cardiovascular**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/19/2017 09:21 | Provider: | Baum, A. RN/IDC/IOP | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 09/25/2017 15:23.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 12/03/2019 12:03 | Provider: | Chipi, Martha MD | Unit: | B02 |

Physician - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Chipi, Martha MD

**Chief Complaint:** Medication Refill
**Subjective:**   Patient requesting meds refill thru Sick-Call.
**Pain:**       Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Asthma, J45909 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 131530-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 12/03/2019 12:03 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s) |
| | **Indication:** Asthma | | |
| 131531-MIA | Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses) | 12/03/2019 12:03 | activate & Inhale 2 puffs by mouth at bedtime rinse mouth after use x 365 day(s) |
| | **Indication:** Asthma | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/03/2019 | Not Done | | Chipi, Martha | No Participation |

**Copay Required:** No         **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Chipi, Martha MD on 12/03/2019 12:06

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/30/2020 14:35 | Provider: | Dominguez-Rodriguez, | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 01/31/2020 13:18.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M     Race: BLACK | Facility: | MIA |
| Note Date: | 01/30/2020 14:35 | Provider: | Dominguez-Rodriguez, | Unit: | B02 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Dominguez-Rodriguez, Carlos RN
>
> Inmate was evaluated by Optometrist on 1/28/20
> IOP
> OD 13 mmHg
> OS 12 mmHg
>
> DX:
> - Stable refractive error
>
> Plan:
> - Observe , already has glasses.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Dominguez-Rodriguez, Carlos RN on 01/30/2020 14:37
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M      Race: BLACK | Facility: | MIA |
| Note Date: | 02/04/2020 08:34 | Provider: | Dumornay, Cassandra | Unit: | B02 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:** Dumornay, Cassandra PA
   patient requesting refill on Pro-air asthma inhaler via sick call form

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 135211-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 02/04/2020 08:34 |

   **Prescriber Order:**    Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma
                  attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s)
         **Indication:** Asthma

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dumornay, Cassandra PA on 02/04/2020 08:38

.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 | |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 03/20/2020 17:30 | Provider: | Dominguez-Rodriguez, | Facility: | MIA | |

**Reviewed by Alarcon, Inerio MD/CD on 03/24/2020 11:38.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 | |
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 03/20/2020 17:30 | Provider: | Dominguez-Rodriguez, | Facility: | MIA | |

**Cosigned by Hong, D. PA-C on 03/30/2020 16:30.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 03/20/2020 17:30 | Provider: | Dominguez-Rodriguez, | Unit: | B02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**     **Provider:** Dominguez-Rodriguez, Carlos RN
    Inmate requesting refill for Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT.

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Dominguez-Rodriguez, Carlos RN on 03/20/2020 17:32
Requested to be cosigned by  Hong, D. PA-C.
Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Alarcon, Inerio MD/CD.

Review documentation will be displayed on the following page.

| Inmate Name:  MCCORMICK, BYRON S | | | Reg #:  15847-104 |
|---|---|---|---|
| Date of Birth:  10/13/1970 | Sex:  M   Race:  BLACK | | Facility:  MIA |
| Encounter Date:  03/24/2020 10:57 | Provider:  Alarcon, Inerio MD/CD | | Unit:  B02 |

## Exam:

**Inspection**

Yes: Within Normal Limits

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits, CN 2-12 Intact Grossly, CN2-3 PERRLA

**Mental Health**

**Orientation**

Yes: Within Normal Limits, Alert and Oriented x 3

## ASSESSMENT:

Asthma, J45909 - Current

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 136536-MIA | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 03/24/2020 10:57 |

**Prescriber Order:** Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s)

Indication: Asthma

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-1 View | One Time | | 03/25/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

Chest congestion/rhonchi

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/24/2020 | Counseling | Diet | Alarcon, Inerio | Verbalizes Understanding |
| 03/24/2020 | Counseling | Plan of Care | Alarcon, Inerio | Verbalizes Understanding |
| 03/24/2020 | Counseling | Hand & Respiratory Hygiene | Alarcon, Inerio | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Alarcon, Inerio MD/CD on 03/24/2020 11:21

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | Reg #: 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 03/24/2020 10:57 | Provider: Alarcon, Inerio MD/CD | Unit: B02 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Alarcon, Inerio MD/CD

**Chief Complaint:** PULMONARY/RESPIRATORY

**Subjective:** 49 year old inmate comes to HSU to request refill of his medication (albuterol) for asthma, he report that he had been using a lot inhaler lately due to Shortness of breath . Inmate complaining of chest tidiness and congestion, otherwise asymptomatic.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/24/2020 | 11:02 MIA | 97.1 | 36.2 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/24/2020 | 11:00 MIA | 64 | | | Alarcon, Inerio MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/24/2020 | 11:00 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/24/2020 | 11:00 MIA | 112/75 | | | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/24/2020 | 11:00 MIA | 98 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/24/2020 | 11:00 MIA | 70.0 | 177.8 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/24/2020 | 11:00 MIA | 199.0 | 90.3 | | Alarcon, Inerio MD/CD |

**Exam:**
**Pulmonary**
    **Auscultation**
        Yes: Rhonchi
**Cardiovascular**
    **Auscultation**
        Yes: Regular Rate and Rhythm (RRR)
**Abdomen**

| Inmate Name:  MCCORMICK, BYRON S | | Reg #:  15847-104 |
|---|---|---|
| Date of Birth:  10/13/1970 | Sex:     M    Race:  BLACK | Facility:  MIA |
| Encounter Date: 03/24/2020 12:24 | Provider:  Hong, D. PA-C | Unit:      B02 |

**Exam:**

        No: Crackles, Rhonchi, Wheezing

    **Cardiovascular**

        **Auscultation**

            Yes: Normal S1 and S2

            No: M/R/G

    **Abdomen**

        **Inspection**

            Yes: Within Normal Limits

        **Auscultation**

            Yes: Normo-Active Bowel Sounds

        **Palpation**

            Yes: Soft

            No: Guarding, Rigidity

**ASSESSMENT:**

Asthma, J45909 - Current

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

    Follow-up at Chronic Care Clinic as Needed

    Return Immediately if Condition Worsens

**Other:**

    in the middle of visit, inmate was pulled from this writer's office and seen by staff MD/CD for further eval/management.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/24/2020 | Counseling | Plan of Care | Hong, D. | Verbalizes Understanding |

    med as directed.

    RTC if sx changes or worsens.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Hong, D. PA-C on 03/24/2020 13:03

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: M | Race: BLACK | Facility: | MIA |
| Note Date: | 03/24/2020 14:57 | Provider: | Hong, D. PA-C | Unit: | B02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Hong, D. PA-C

one albuterol INH was provided from pyxis to ensure inmate has one just in case he needs to use. reports he's been out of albuterol INH for more than 1 wk.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Albuterol Inhaler HFA ) 90 MCG/ACT | 03/24/2020 14:57 |

**Prescriber Order:**     90 mcg Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only -- 2 puffs by mouth q 4-6 hrs PRN SOB, wheezing, coughs.

**Indication:** Asthma

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Pyxis

**Admin Method:** Pill Line

**Stop Date:** 03/24/2020 15:00

**MAR Label:** 90 mcg Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only -- 2 puffs by mouth q 4-6 hrs PRN SOB, wheezing, coughs.

**One Time Dose Given:** Given Now

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hong, D. PA-C on 03/24/2020 15:01

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: MIA |
| Encounter Date: | 03/24/2020 12:24 | Provider: | Hong, D. PA-C | Unit: B02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Hong, D. PA-C

       **Chief Complaint:** Other Problem

       **Subjective:**   "I'm here because I have run out of my INH. reports he has to use rescue breather at least once daily even with maintenance steroid INH. reports he uses maintenance INH once daily in even. discussed with this inmate that perhaps, steroid INH could be increased so that he didn't have to use daily rescue breather as much of add another agent to his current regimen.

                   denies fever, chill, CP, cough, N/V, abd pain, weakness.

       **Pain:**       Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 03/24/2020 | 12:24 | MIA | 97.5 | 36.4 | | Hong, D. PA-C |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 03/24/2020 | 12:24 | MIA | 84 | | | Hong, D. PA-C |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 03/24/2020 | 12:24 | MIA | 16 | Hong, D. PA-C |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 03/24/2020 | 12:24 | MIA | 125/79 | | | | Hong, D. PA-C |

**Wright Peak Flow:**

| Date | Time | | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|---|
| 03/24/2020 | 12:24 | MIA | 250 | 270 | 270 | Good | Without | Hong, D. PA-C |

**Exam:**

**General**

   **Affect**

      Yes: Pleasant, Cooperative

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

**Skin**

   **General**

      Yes: Dry, Skin Intact

**Pulmonary**

   **Auscultation**

      Yes: Clear to Auscultation

# Bureau of Prisons
## Health Services
## Inmate  Report Only (formerly labeled ISDS)

| Reg #:  15847-104 | Inmate Name:  MCCORMICK, BYRON S |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:** Yes

Last PPD Date: 04/09/2020  Induration: 0mm
Last Chest X-Ray Date: Results:
TB Treatment: Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: _____  Transfer Date: 05/18/2020

**Health Problems**

| Health Problem | Status |
|---|---|
| Asthma | Current |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT  Exp: 03/24/2021  SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)
Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]  Exp: 12/02/2020  SIG: activate & Inhale 2 puffs by mouth at bedtime rinse mouth after use

**OTCs:  Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/06/2018 | 00:00 | Chronic Care Visit | Physician 03 |
| 04/09/2021 | 00:00 | PPD Administration | Nurse |

**Non-Medecation Orders:**
No Data Found

**Active Alerts:**
No Data Found

**Consultations:**
**Pending Institutional Clinical Director Action**
No Data Found

**Pending UR Committee Action**
No Data Found

**Pending Regional Review Action**
No Data Found

**Pending Scheduling**
No Data Found

**Pending Consultation**
No Data Found

**Pending Results**
No Data Found

**Sickle Cell:**
Sickle Cell Trait/Disease:   Report Only (formerly labeled ISDS)

**Reg #:**  15847-104                    **Inmate Name:**  MCCORMICK, BYRON S

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Limitations/Restrictions/Diets:**
    Cleared for Food Service: Yes

**Comments:**

**Allergies**
    No Known Allergies

**Devices / Equipment**
    Eye Glasses

**Travel:**
        Direct Travel: No
    Travel Restrictions:  None
    **UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  MIAMI FCI                     Phone Number: 3052592100
                Address 1:  15801 S.W. 137TH AVENUE
                Address 2:
            City/State/Zip:  MIAMI, Florida 33177

Name/Title of Person Completing Form:  Dominguez-Rodriguez, Carlos RN            Date:   05/18/2020

Inmate Name:  MCCORMICK, BYRON S            Reg #:   15847-104   DOB:   10/13/1970   Sex:    M

## Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #: 15847-104 | Inmate Name: MCCORMICK, BYRON S |
| --- | --- |

**Housing Status**

__ confined to the living quarters except __ meals __ pill line __ treatments    Exp. Date: _____

__ on complete bed rest: __ bathroom privileges only    Exp. Date: _____

__ cell: __ cell on first floor __ single cell __ lower bunk __ airborne infection isolation    Exp. Date: _____

__ other: _____    Exp. Date: _____

**Physical Limitation / Restriction**

__ all sports    Exp. Date: _____

__ weightlifting: __ upper body __ lower body    Exp. Date: _____

__ cardiovascular exercise: __ running __ jogging __ walking __ softball    Exp. Date: _____
__ football __ basketball __ handball __ stationary equipment    Exp. Date: _____

__ other: _____    Exp. Date: _____

**Medical and Mental Equipment and Devices/Prosthesis**

| Equipment | Start Date | End Date | Return Date |
| --- | --- | --- | --- |
| Eye Glasses | 05/18/1976 | | |

**Work/School Status and Limitation**

Cleared for Food Service:  **Yes**

 **X**  No Restrictions

**Comments:**  N/A

| Archer, Kendes MD, CD | 06/06/2017 |
| --- | --- |
| Health Services Staff | Date |

| Inmate Name: **MCCORMICK, BYRON S** | Reg #: **15847-104** | Quarters: **B02** |
| --- | --- | --- |

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
# Health Services
# Vision Screens

Reg #:  15847-104                    Inmate Name:  MCCORMICK, BYRON S

**Vision Screen on** 06/06/2017 08:42

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**     OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD: 20/20            OS: 20/20            OU: 20/20

**Near Vision:**     OD: 20/20            OS: 20/20            OU: 20/20

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**   R:              L:

**Comments:**

**Orig Entered:**    06/06/2017 08:43 EST   Archer, Kendes MD, CD

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/02/2017 14:13 | Provider: | Lab Result Receive | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 11/09/2017 13:08.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: MIA |
| Encounter Date: | 03/20/2018 10:20 | Provider: | Dominguez-Rodriguez, | Unit: B01 |

Nursing - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**         **Provider:** Dominguez-Rodriguez, Carlos RN

**Chief Complaint:** Pain

**Subjective:**   I would like to be evaluated for a lower bunk pass and alternate institutional shoes pass due to bilateral ankles pain.

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/20/2018 10:21 |
| Location: | Ankle-bilateral |
| Quality of Pain: | Aching |
| Pain Scale: | 2 |
| Intervention: | to be evaluated by provider |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 1-5 Hours |
| Exacerbating Factors: | standing , walking. |
| Relieving Factors: | rest |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/20/2018 | 10:23 MIA | 98.0 | 36.7 | Oral | Dominguez-Rodriguez, Carlos RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/20/2018 | 10:23 MIA | 70 | Via Machine | | Dominguez-Rodriguez, Carlos |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/20/2018 | 10:23 MIA | 15 | Dominguez-Rodriguez, Carlos RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/20/2018 | 10:23 MIA | 125/78 | Left Arm | Sitting | Adult-large | Dominguez-Rodriguez, Carlos |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/20/2018 | 10:23 MIA | 99 | Room Air | Dominguez-Rodriguez, Carlos RN |

**Exam:**

**General**

| Inmate Name:  MCCORMICK, BYRON S | | Reg #:    15847-104 |
|---|---|---|
| Date of Birth:   10/13/1970 | Sex:    M    Race:  BLACK | Facility:  MIA |
| Encounter Date:  03/20/2018 10:20 | Provider:  Dominguez-Rodriguez, | Unit:     B01 |

## Exam:

**Affect**
    Yes: Pleasant, Cooperative

**Appearance**
    Yes: Alert and Oriented x 3

**Nutrition**
    Yes: Within Normal Limits

## ASSESSMENT:

Pain - Other
Inmate requesting be evaluated to obtain a lower bunk pass and alternate institutional shoes pass due to bilateral ankle pain. Inmate doesn't meet criteria as per health record. Inmate states he has been suffering bilateral ankle pain for months. No swelling noted. Skin intact. Symmetric ankles.  No changes in color or temperature to affected area. No movements limitation noted at this time. Inmate requesting evaluation.

## PLAN:

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 04/03/2018 00:00 | Physician 02 |

    Inmate requesting evaluation for Lower bunk and Alternate institutional shoes passes due to " bilateral ankle pain for month ".

**Disposition:**

Follow-up at Sick Call as Needed
To be Evaluated by Provider

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/20/2018 | Counseling | Access to Care | Dominguez-Rodriguez, Carlos | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Dominguez-Rodriguez, Carlos RN on 03/20/2018 10:31
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 08/13/2018 08:15 | Provider: | Chipi, Martha MD | Unit: | B01 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2018 | Counseling | Access to Care | Chipi, Martha | Verbalizes Understanding |
| 08/13/2018 | Counseling | Compliance - Treatment | Chipi, Martha | Verbalizes Understanding |
| 08/13/2018 | Counseling | Plan of Care | Chipi, Martha | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Chipi, Martha MD on 08/13/2018 09:42

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
| Date of Birth: | 10/13/1970 | Sex: | M   Race: BLACK | Facility: | MIA |
| Note Date: | 08/01/2018 09:16 | Provider: | Funtieo, L. RN | Unit: | B01 |

Admin Note - Release of Information encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**        **Provider:** Funtieo, L. RN
>> Inmate not show up for sick call.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Funtieo, L. RN on 08/01/2018 09:20

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIM |
| Encounter Date: | 06/06/2017 08:37 | Provider: | Archer, Kendes MD | Unit: | G03 |

**Immunizations:**

**Hepatitis A Series Administration:** History Unknown, Not Administered

    **Documented Date:** 06/06/2017 08:41 EST

    **Immunization Date:**

    **Provider:** Archer, Kendes MD

**Hepatitis B Series Administration:** History Unknown, Not Administered

    **Documented Date:** 06/06/2017 08:41 EST

    **Immunization Date:**

    **Provider:** Archer, Kendes MD

**Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

    **Documented Date:** 06/06/2017 08:41 EST

    **Immunization Date:**

    **Provider:** Archer, Kendes MD

**Smallpox Series Administration:** History Unknown, Not Administered

    **Documented Date:** 06/06/2017 08:41 EST

    **Immunization Date:**

    **Provider:** Archer, Kendes MD

**Tetanus Administration:** History Unknown, Not Administered

    **Documented Date:** 06/06/2017 08:41 EST

    **Immunization Date:**

    **Provider:** Archer, Kendes MD

**Varicella Series Administration:** History Unknown, Not Administered

    **Documented Date:** 06/06/2017 08:41 EST

    **Immunization Date:**

    **Provider:** Archer, Kendes MD

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 98.1 | 36.7 | Oral | Archer, Kendes MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 72 | Via Machine | Regular | Archer, Kendes MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 12 | Archer, Kendes MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 100/64 | Right Arm | Sitting | Adult-regular | Archer, Kendes MD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|

| Inmate Name: | MCCORMICK, BYRON S | | | Reg #: | 15847-104 |
|---|---|---|---|---|---|
| Date of Birth: | 10/13/1970 | Sex: | M   Race:  BLACK | Facility: | MIM |
| Encounter Date: | 06/06/2017 08:37 | Provider: | Archer, Kendes MD | Unit: | G03 |

| **Date** | **Time** | **Attempt 1** | **Attempt 2** | **Attempt 3** | **Effort** | **Bronchodilator** | **Provider** |
|---|---|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 450 | 475 | 480 | Fair | Without | Archer, Kendes MD |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 100 | Room Air | Archer, Kendes MD |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 69.0 | 175.3 | Archer, Kendes MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 06/06/2017 | 08:39 MIM | 170.0 | 77.1 | | Archer, Kendes MD |

**Prosthetic Devices/Equipment:**

| **Device/Equipment** | **Obtained From** |
|---|---|
| Eye Glasses | Personal |

**Comments:**

**Tobacco Usage:**

**Cigarettes:** 1 pkgs per day x 15 years

**Cigars:**

**Pipes:**

**Smokeless:**

**General Social History:**

**Foreign Travel:**

**Born in USA:**     Yes

**Country of Birth:**   USA

**Family History - Father:**

**Age at Death:** 56

**Cause of Death:**  Brain Aneurysm

**Significant Illnesses:**

**Comments:**

**Family History - Mother:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

Hypertension

**Comments:**

**Family History - Sibling:**

**Number of Siblings:** 0

**Significant Illnesses:**

**Comments:**

# EXHIBIT 3



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MCCORMICK, BYRON S  15847-104

SEQUENCE: 02059501
Team Date: 05-20-2020

| | | | |
|---|---|---|---|
| Facility: | MIA  MIAMI FCI | Proj. Rel. Date: | 09-26-2025 |
| Name: | MCCORMICK, BYRON S | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 15847-104 | DNA Status: | MIM18719 / 06-06-2017 |
| Age: | 49 | | |
| Date of Birth: | 10-13-1970 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | AC | AIR CONDITIONING CREW | 04-25-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | ESL HAS | ENGLISH PROFICIENT | 08-10-2017 |
| MIA | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-10-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA | | APPRENTICESHIP HVAC | 05-06-2019 | CURRENT |
| MIA | | HVAC 2 NCCER CERT 12PM - 2PM | 03-10-2020 | CURRENT |
| MIA | C | INTRO TO A/C AND EPA CERT | 02-04-2020 | 02-26-2020 |
| MIA | C | HVAC 1 CERT- 12:00PM - 2:00PM | 08-14-2019 | 01-21-2020 |
| MIA | C | CORE - 12:00PM - 2:00PM | 05-15-2019 | 07-30-2019 |
| MIA | C | GRANT WRITING 3 | 01-31-2019 | 04-11-2019 |
| MIA | C | NON-PROFIT ORGANIZATION 3 | 01-28-2019 | 04-23-2019 |
| MIA | C | NON-PROFIT ORGANIZATION II | 06-11-2018 | 08-27-2018 |
| MIA | W | CORRESPONDENCE COLLEGE | 04-03-2018 | 06-22-2018 |
| MIA | C | START & OPERATE A NON-PROFIT | 03-07-2018 | 05-30-2018 |
| MIA | C | GRANT WRITING | 03-06-2018 | 05-31-2018 |
| MIA | C | US PROBATION OFFICE | 03-27-2018 | 03-27-2018 |
| MIA | C | AIDS AWARENESS | 08-20-2017 | 08-20-2017 |
| MIA | C | NUTRITION | 12-07-2017 | 12-28-2017 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-02-2017 |
| CARE2 | STABLE, CHRONIC CARE | 11-08-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-06-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-06-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-17-2017 |
| ED NONE | DRUG EDUCATION NONE | 08-14-2017 |

## FRP Details

| Most Recent Payment Plan |
|---|



**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 02059501
Dept. of Justice / Federal Bureau of Prisons   Team Date: 05-20-2020
Plan is for inmate: MCCORMICK, BYRON S  15847-104

| Most Recent Payment Plan |
|---|

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | **Start: 09-12-2018** |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Payment Details**

Trust Fund Deposits - Past 6 months:   $0.00          Payments commensurate ?   N/A

New Payment Plan:        ** No data **

**Progress since last review**

| ** No notes entered ** |
|---|

**Next Program Review Goals**

| No goals lockdown status COVID-19. |
|---|

**Long Term Goals**

| No goals lockdown status COVID-19. |
|---|

**RRC/HC Placement**

| |
|---|

**Comments**

| ** No notes entered ** |
|---|



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MCCORMICK, BYRON S  15847-104

SEQUENCE: 02059501

Team Date: 12-11-2019

| | | | |
|---|---|---|---|
| Facility: | MIA  MIAMI FCI | Proj. Rel. Date: | 12-05-2025 |
| Name: | MCCORMICK, BYRON S | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 15847-104 | DNA Status: | MIM18719 / 06-06-2017 |
| Age: | 49 | | |
| Date of Birth: | 10-13-1970 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | AC | AIR CONDITIONING CREW | 04-25-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | ESL HAS | ENGLISH PROFICIENT | 08-10-2017 |
| MIA | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-10-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA | | APPRENTICESHIP HVAC | 05-06-2019 | CURRENT |
| MIA | | HVAC 1 CERT- 12:00PM - 2:00PM | 08-14-2019 | CURRENT |
| MIA | C | CORE - 12:00PM - 2:00PM | 05-15-2019 | 07-30-2019 |
| MIA | C | GRANT WRITING 3 | 01-31-2019 | 04-11-2019 |
| MIA | C | NON-PROFIT ORGANIZATION 3 | 01-28-2019 | 04-23-2019 |
| MIA | C | NON-PROFIT ORGANIZATION II | 06-11-2018 | 08-27-2018 |
| MIA | W | CORRESPONDENCE COLLEGE | 04-03-2018 | 06-22-2018 |
| MIA | C | START & OPERATE A NON-PROFIT | 03-07-2018 | 05-30-2018 |
| MIA | C | GRANT WRITING | 03-06-2018 | 05-31-2018 |
| MIA | C | US PROBATION OFFICE | 03-27-2018 | 03-27-2018 |
| MIA | C | AIDS AWARENESS | 08-20-2017 | 08-20-2017 |
| MIA | C | NUTRITION | 12-07-2017 | 12-28-2017 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-02-2017 |
| CARE2 | STABLE, CHRONIC CARE | 11-08-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-06-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-06-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-17-2017 |
| ED NONE | DRUG EDUCATION NONE | 08-14-2017 |

## FRP Details

| Most Recent Payment Plan |
|---|

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 09-12-2018 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | Obligation Balance: $0.00 | |

**Financial Obligations**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MCCORMICK, BYRON S  15847-104

SEQUENCE: 02059501
Team Date: 12-11-2019

Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Payment Details**

Trust Fund Deposits - Past 6 months:   $ N/A                    Payments commensurate ?   N/A

New Payment Plan:          ** No data **

## Progress since last review

As of last team, the inmate is still enrolled in the Apprenticeship HVAC and HVAC 1 Certification programs and making satisfactory progress.

## Next Program Review Goals

Continue participation in Apprenticeship HVAC program will review status at next program review 6/2020.

## Long Term Goals

The inmate does not have his SSC in his file. He was given an application to fill out for his Social Security Card.  Recommend that he complete this application and return them to the Unit Team by next team of 12-05-2025

## RRC/HC Placement

## Comments

** No notes entered **



**Individualized Reentry Plan - Program Review (Inmate Copy)**

SEQUENCE: 02059501

Dept. of Justice / Federal Bureau of Prisons

Team Date: 07-10-2019

Plan is for inmate: MCCORMICK, BYRON S 15847-104

| | |
|---|---|
| Facility: MIA MIAMI FCI | Proj. Rel. Date: 12-05-2025 |
| Name: MCCORMICK, BYRON S | Proj. Rel. Mthd: GCT REL |
| Register No.: 15847-104 | DNA Status: MIM18719 / 06-06-2017 |
| Age: 48 | |
| Date of Birth: 10-13-1970 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | AC | AIR CONDITIONING CREW | 04-25-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | ESL HAS | ENGLISH PROFICIENT | 08-10-2017 |
| MIA | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-10-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA | | APPRENTICESHIP HVAC | 05-06-2019 | CURRENT |
| MIA | | CORE - 12:00PM - 2:00PM | 05-15-2019 | CURRENT |
| MIA | C | GRANT WRITING 3 | 01-31-2019 | 04-11-2019 |
| MIA | C | NON-PROFIT ORGANIZATION 3 | 01-28-2019 | 04-23-2019 |
| MIA | C | NON-PROFIT ORGANIZATION II | 06-11-2018 | 08-27-2018 |
| MIA | W | CORRESPONDENCE COLLEGE | 04-03-2018 | 06-22-2018 |
| MIA | C | START & OPERATE A NON-PROFIT | 03-07-2018 | 05-30-2018 |
| MIA | C | GRANT WRITING | 03-06-2018 | 05-31-2018 |
| MIA | C | US PROBATION OFFICE | 03-27-2018 | 03-27-2018 |
| MIA | C | AIDS AWARENESS | 08-20-2017 | 08-20-2017 |
| MIA | C | NUTRITION | 12-07-2017 | 12-28-2017 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-02-2017 |
| CARE2 | STABLE, CHRONIC CARE | 11-08-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-06-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-06-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-17-2017 |
| ED NONE | DRUG EDUCATION NONE | 08-14-2017 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 09-12-2018**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|



**Individualized Reentry Plan - Program Review  (Inmate Copy)**    SEQUENCE: 02059501
Dept. of Justice / Federal Bureau of Prisons    Team Date: 07-10-2019
Plan is for inmate: MCCORMICK, BYRON S  15847-104

| Most Recent Payment Plan | | | | | |
|---|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $0.00                    Payments commensurate ?   N/A

New Payment Plan:        ** No data **

## Progress since last review

** No notes entered **

## Next Program Review Goals

Continue participation in Apprenticeship HVAC 4 year program inmate just started will monitor during program reviews 12/2019.

## Long Term Goals

Complete Apprenticeship by 7/2023,

## RRC/HC Placement

## Comments

** No notes entered **



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MCCORMICK, BYRON S  15847-104

SEQUENCE: 02059501

Team Date: 07-10-2019

Name: MCCORMICK, BYRON S
Register No.: 15847-104
Age: 48
Date of Birth: 10-13-1970

DNA Status:  MIM18719 / 06-06-2017

Inmate    (MCCORMICK, BYRON S. Register No.: 15847-104)

Date

Unit Manager / Chairperson

Case Manager

Date

Date



**Individualized Reentry Plan - Program Review  (Inmate Copy)**      SEQUENCE: 02059501

Dept. of Justice / Federal Bureau of Prisons          Team Date: 01-30-2019

Plan is for inmate: MCCORMICK, BYRON S  15847-104

| | | | |
|---|---|---|---|
| Facility: | MIA  MIAMI FCI | Proj. Rel. Date: | 12-05-2025 |
| Name: | MCCORMICK, BYRON S | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 15847-104 | DNA Status: | MIM18719 / 06-06-2017 |
| Age: | 48 | | |
| Date of Birth: | 10-13-1970 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | IND SEW B | IND SEWING B | 04-23-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | ESL HAS | ENGLISH PROFICIENT | 08-10-2017 |
| MIA | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-10-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA | C | NON-PROFIT ORGANIZATION II | 06-11-2018 | 08-27-2018 |
| MIA | W | CORRESPONDENCE COLLEGE | 04-03-2018 | 06-22-2018 |
| MIA | C | START & OPERATE A NON-PROFIT | 03-07-2018 | 05-30-2018 |
| MIA | C | GRANT WRITING | 03-06-2018 | 05-31-2018 |
| MIA | C | US PROBATION OFFICE | 03-27-2018 | 03-27-2018 |
| MIA | C | AIDS AWARENESS | 08-20-2017 | 08-20-2017 |
| MIA | C | NUTRITION | 12-07-2017 | 12-28-2017 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-02-2017 |
| CARE2 | STABLE, CHRONIC CARE | 11-08-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-06-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-06-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-17-2017 |
| ED NONE | DRUG EDUCATION NONE | 08-14-2017 |

## FRP Details

| Most Recent Payment Plan |
|---|

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **COMPLT** | **FINANC RESP-COMPLETED** | **Start: 09-12-2018** |
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$25.00** | | Obligation Balance: **$0.00** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 09-09-2018 | MIA | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MCCORMICK, BYRON S   15847-104

SEQUENCE: 02059501

Team Date: 01-30-2019

| Most Recent Payment Plan |
| --- |

Trust Fund Deposits - Past 6 months:   $ N/A     Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Progress since last review**

** No notes entered **

**Next Program Review Goals**

** No notes entered **

**Long Term Goals**

** No notes entered **

**RRC/HC Placement**

**Comments**

** No notes entered **



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MCCORMICK, BYRON S  15847-104

SEQUENCE: 02059501

Team Date: 01-30-2019

Name: MCCORMICK, BYRON S

Register No.: 15847-104

Age: 48

Date of Birth: 10-13-1970

DNA Status:   MIM18719 / 06-06-2017

_____

Inmate    (MCCORMICK, BYRON S. Register No.: 15847-104)

_____

Date

_____

Unit Manager / Chairperson

_____

Date

_____

Case Manager

_____

Date

# EXHIBIT 4

# American Society for Quality

## Byron McCormick

has satisfactorily fulfilled the requirements established by the Society for professional attainment in

## Quality Improvement

and is, therefore, certified by the Society as a

## Certified Quality Improvement Associate

Certification Number    13403
Certification Date       6/22/2018



_____
Chair

_____
Chair, Certification Board



Byron McCormick

Certified Quality Improvement Associate

| Certificate Number | Date Issued |
| --- | --- |
| 13403 | 6/22/2018 |

August 13, 2018

65694057
Byron McCormick
UNICOR
15801 SW 137th Ave
Miami, FL 33177-1209

Dear Byron McCormick:

CONGRATULATIONS! The Certification Board is pleased to announce that you have passed the written examination for the ASQ Certified Quality Improvement Associate Certification. You have reached an important milestone in your professional development.

Certification is not a license. It is peer recognition of proficiency in the prescribed body of knowledge. Please refer to your certification in terms which are consistent with the legal requirements and use of certification in the location in which you reside. We recommend that you refer to yourself as an "ASQ Certified Quality Improvement Associate." It is very important that you associate the Society with your certification.

Enclosed is your certificate and ASQ Code of Ethics. As a certified individual, the ASQ Code of Ethics should serve as your professional guide. Please review this information and call ASQ Headquarters if there are any discrepancies.

You can be rightfully proud of your certification as recognition of your professional knowledge by your peers in a professional society.

We look forward to your continued participation in the Society.

Sincerely,

Michael R. Villa, Chair
ASQ Certification Board



# NCCER

Board of Trustees confers upon

## Byron McCormick

this certificate of completion for

## HVAC Level One

in the Standardized Craft Training Program
on this Twenty-First day of January, in the year 2020



Donald E. Whyte
President, NCCER



Board of Trustees confers upon

*Byron McCormick*

This certificate of completion for
all levels of

*Core Curriculum*

as part of the Standardized Craft Training Program
on this Thirtieth day of July, in the year 2019

Donald E. Whyte
President, NCCER





# NCCER

Board of Trustees confers upon

*Byron McCormick*

this certificate of completion for

# Construction Site Safety Orientation

in the Standardized Craft Training Program
on this Thirtieth day of July, in the year 2019




Donald E. Whyte
President, NCCER





# NCCER

Board of Trustees confers upon

## Byron McCormick

this certificate of completion for

## Core Curriculum: Introductory Craft Skills

in the Standardized Craft Training Program
on this Thirtieth day of July, in the year 2019



Donald E. Whyte
President, NCCER





# NCCER

Board of Trustees confers upon

## Byron McCormick

this certificate of completion for

## Core Curriculum

in the Standardized Craft Training Program
on this Thirtieth day of July, in the year 2019



*Donald E. Whyte*

Donald E. Whyte
President, NCCER



HEATING & AIR CONDITIONING
APPRENTICE MONTHLY TRAINING HOURS

NAME: BYRON McCORMICK
REG. NO.: 15841-104

MONTH: DEC
YEAR: 2019

| SKILL AREA/OBJECTIVES | M 2 | T 3 | W 4 | T 5 | F 6 | M 9 | T 10 | W 11 | T 12 | F 13 | M 16 | T 17 | W 18 | T 19 | F 20 | M 23 | T 24 | W 25 | T 26 | F 27 | M 30 | T 31 | PREV | MONTH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. SAFETY RULES & PRACTICES | | | 1 | 1 | 1 | 1 | | | | | | | | | | 1 | 1 | 1 | | | | | 194 | 53 | 200 |
| 2. REFRIGERATION PRINCIPLES & PRACTICES | | | | | 1 | | | 1 | | | | | 2 | 1 | | 1 | 1 | | | 1 | | 1 | 108 | 13 | 350 |
| 3. PIPING PRINCIPLES & PRACTICES | 2 | 2 | | | | 2 | 2 | | | | | 2 | | 2 | | 2 | 2 | | | | | 2 | 191 | 124 | 300 |
| 4. BASIC ELECTRICITY | | | 1 | | | | | | | | 3 | 2 | | | | | | 1 | | 1 | | | 39 | 9 | 400 |
| 5. ELECTRIC MOTORS | 2 | | | | | | | | | | | | | | | 1 | 1 | | 2 | | | | 326 | 38 | 250 |
| 6. CONTROLS | | 3 | 2 | 2 | | 3 | | | | | | 2 | | | | 1 | 1 | | | | | 2 | 50 | 14 | 800 |
| 7. RESIDENTIAL/LIGHT COMMERCIAL A/C & HEATING | A | 2 | 2 | 2 | | 3 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 3 | 2 | 4 | 2 | | | | | 123 | 305 | 1200 |
| 8. INSTALLATION & PREVENTIVE MAINTENANCE | 1 | 1 | 1 | | | 1 | 1 | 2 | | | 2 | 1 | 1 | 2 | | 3 | | 2 | 1 | 2 | | | 22 | 235 | 1100 |
| 9. TROUBLESHOOTING | | 1 | | | | | 1 | | | | | 1 | | | | | | 1 | | 2 | | 1 | 140 | 154 | 1100 |
| 10. CUSTOMER RELATIONS | | | | | | | | 1 | | | | 1 | | | 1 | | | | | | | 3 | 43 | 41 | 150 |
| 11. LEADERSHIP COMPENTENCIES | | | | | | | | | | | | | | | | | | | | | | | 22 | 26 | 150 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 0 | 7 | 7 | 7 | 7 | 7 | 10 | 1140 | 5000 |

TOTAL PROGRAM HOURS:

SUPERVISOR SIGNATURE

DATE: 1/7/2020

**NAME:** BYRON McCORMICK
**REG. NO.:** 15841-104

**MONTH:** Nov
**YEAR:** 2019

## HEATING & AIR CONDITIONING
### APPRENTICE MONTHLY TRAINING HOURS

| SKILL AREA/OBJECTIVES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | MONTH TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. SAFETY RULES & PRACTICES | | | | | 1 | | | 1 | | | | | | 2 | | | | | | | | | | | 1 | 4 | | 1 2 | 1 | 9 | | | 200 |
| 2. REFRIGERATION PRINCIPLES & PRACTICES | | | | | 0 | | | 0 | | | 1 | | | | | | | | | | | | | | 0 | 1 | | 1 2 6 | 1 0 | 0 | | | 350 |
| 3. PIPING PRINCIPLES & PRACTICES | | | | | 0 | | | 1 1 1 | | | 1 1 | | 2 | | | | 1 | | | | | | | 2 | | | 1 2 7 | 4 | | | | 300 |
| 4. BASIC ELECTRICITY | | | | | K | | | | | | 1 2 | | 1 | | | | | | | 1 | | | | 1 | | | 3 4 5 | 3 9 | | | | 400 |
| 5. ELECTRIC MOTORS | | | | | D | | | 1 | | | 2 | | | | | 1 1 | | | | D | | | | 2 b | 6 3 | | | | | | | 250 |
| 6. CONTROLS | | | | | 0 | | | D | | | 2 | 2 | | | 1 | | | | 1 | 1 | | | 3 5 | 1 5 | 5 0 | | | | | | | 800 |
| 7. RESIDENTIAL/LIGHT COMMERCIAL A/C & HEATING | | | | | 0 | 3 | | A | 3 | | 4 5 | | 2 | | 3 2 | 4 | | | 3 2 | 4 3 7 | 2 5 | | | | | | | | | | 1200 |
| 8. INSTALLATION & PREVENTIVE MAINTENANCE | | | | | 2 | 3 | | Y | 1 | | 2 | 1 1 | | | Y | | | | 1 1 | 0 4 | 2 5 | | | | | | | | | | 1100 |
| 9. TROUBLESHOOTING | | | | | 2 | 1 2 1 2 | | 1 | 1 | | 1 2 1 | | | | 1 2 | | | | 1 2 1 | 9 4 | | | | | | | | | | | 1100 |
| 10. CUSTOMER RELATIONS | | | | | | | | | 1 | | 2 1 | | | | | | | | | 5 | 4 | 4 3 | | | | | | | | | 150 |
| 11. LEADERSHIP COMPENTENCIES | | | | | | | | | | | | | | | | | | | 1 2 | 1 | 2 | | | | | | | | | | 150 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | 2 4 | 2 4 | 2 6 | | 2 4 | | 5000 |

**TOTAL PROGRAM HOURS**

126 Hours.

_____ SUPERVISOR SIGNATURE

_____ DATE

**HEATING & AIR CONDITIONING**
**APPRENTICE MONTHLY TRAINING HOURS**

NAME: BYRON McCORMICK
REG. NO.: 15-841-162
MONTH: OCT
YEAR: 2019

| SKILL AREA/OBJECTIVES | (daily entries) | PREV MONTH | MONTH TOTAL |
|---|---|---|---|
| 1. SAFETY RULES & PRACTICES | | 175 | 200 |
| 2. REFRIGERATION PRINCIPLES & PRACTICES | | 98 | 350 |
| 3. PIPING PRINCIPLES & PRACTICES | | 64 | 300 |
| 4. BASIC ELECTRICITY | | 271 | 400 |
| 5. ELECTRIC MOTORS | | 224 | 250 |
| 6. CONTROLS | | 228 | 800 |
| 7. RESIDENTIAL/LIGHT COMMERCIAL A/C & HEATING | | 1174 | 1200 |
| 8. INSTALLATION & PREVENTIVE MAINTENANCE | | 1153 | 1100 |
| 9. TROUBLESHOOTING | | 1023 | 1100 |
| 10. CUSTOMER RELATIONS | | 39 | 150 |
| 11. LEADERSHIP COMPENTENCIES | | 183 | 150 |
| 11. RELATED INSTRUCTION (A MINIMUM OF 144 HRS/YR REQUIRED) | | | 432 |
| TOTAL PROGRAM HOURS | | | 6000 |

IAN BUTCHER   HVAC

_(signature)_   DATE

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED





**UNITED STATES POSTAL SERVICE** ® **Click-N-Ship**®



**P**

usps.com
**$7.75**
US POSTAGE
Flat Rate Env

9405 5036 9930 0010 2331 83 0077 5000 0013 3301

08/30/2020          Mailed from 33177    062S0000001301

**PRIORITY MAIL 1-DAY™**

BYRON MCCORMICK #15847104                Expected Delivery Date: 09/01/20
FCI MIAMI - FEDERAL CORRECTIONAL
INSTITUTION
PO BOX 779800                                          **0006**
MIAMI FL 33177-9800

C019

SHIP   UNITED STATES DISTRICT COURT- SOUTHERN
TO:    US FEDERAL BUILDING AND COURTHOUSE
       299 E BROWARD BLVD
       STE 108
       **FT LAUDERDALE FL 33301-1922**



**USPS TRACKING #**

**9405 5036 9930 0010 2331 83**

Electronic Rate Approved #038555749

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

: 2018
: x 9 1/2

weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.